```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORHAN HAKAJ, YAROSLAV LUPACHOV, SAHRUDIN RADONCIC, JOSE HERNANDEZ, MILTON FERRERA, RAFAEL ALMONTE, FELIX VALOY RAMIREZ, WILLIAM CRUZ, STOYAN STOYANOV, EDGAR HERNANDEZ, IRIS CHAU, SEGUNDO QUITO, OLTJON SPAHI, JUAN DIAZ, SAMUEL ALMONTE, LUIS GONZALEZ, FELIX ANTONIO RAMIREZ LANTIGUA, and MERLIN ACOSTA, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

THE ORIGINAL HOMESTEAD RESTAURANT INC. d/b/a Old Homestead Steakhouse, MARC SHERRY, and GREGORY SHERRY, *jointly and severally*,

Defendants.

No. 22-CV-353 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 25, 2023, Plaintiff Yaroslav Lupachov filed a notice that the action was voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)(ii) as to his claims against Defendants. *See* Dkt. 38. The voluntary dismissal noted that it "shall have no impact on the claim of Orhan Hakaj, Sahrudin Radoncic or any other prospective class or opt-in plaintiffs." *Id*. Accordingly, no later than May 16, 2023, the parties shall file a joint letter updating the Court on the status of this action as to the remaining claims, including what, if any efforts have been made to settle the case in mediation.

SO ORDERED.

Dated:  May 2, 2023
        New York, New York

Hon. Ronnie Abrams
United States District Judge