

1345 AVENUE OF THE AMERICAS – 11TH FLOOR  
NEW YORK, NEW YORK 10105  
TELEPHONE: (212) 370-1300  
FACSIMILE: (212) 370-7889  
www.egsllp.com

May 23, 2023

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

  Re: *Hakaj et. al. v. The Original Homestead Restaurant Inc., et al.*
     <u>Civil Case No. 22-cv-00353 (RA)(BCM)</u>

Dear Judge Abrams,

  We represent Defendants in the above-referenced action. In accordance with ¶ 1(D) of Your Honor's Individual Rules & Practices in Civil Cases, please accept this letter motion respectfully requesting a brief adjournment of the Initial Conference currently scheduled for June 7, 2023 (ECF Dkt. 43). The reason for this request is that Defendants' counsel is scheduled to participate in a mediation on that date in a separate matter pending in the EDNY.

  Both Defendants' and Plaintiffs' counsel have confirmed their availability to participate in the Initial Conference on the following alternative dates and times: before 1:00 p.m. on either June 6 or June 8; June 9; June 14; or June 21.

  This is the Defendants' first request for an adjournment of the Initial Conference. Plaintiffs' counsel consents to the relief requested herein.

  We thank Your Honor for your consideration in this matter.

Respectfully yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Ilan Weiser, Esq.

  cc: All counsel of record (via ECF)

---

Application granted. The initial pretrial conference is adjourned to June 8, 2023 at 11:30 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than June 5, 2023, the parties shall submit a proposed case management plan and joint status letter, as described by the Court's prior order in this action.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
05/24/2023

{01248017.DOC.1}