UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORHAN HAKAJ, *et al.*, *individually and as the representatives of a class of similarly situated persons*,

                          Plaintiffs,

                      v.

THE ORIGINAL HOMESTEAD RESTAURANT, INC. d/b/a Old Homestead Steakhouse, *et al*.

                          Defendants.

22-CV-353 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

After an initial pretrial conference, this action was previously referred to Magistrate Judge Moses for, among other things, general pretrial issues. *See* Dkt. 51. By an order issued August 9, 2023, Judge Moses entered a revised case management plan at the request of the parties, such that fact discovery is now to be completed by February 9, 2024. *See* Dkt. 55.

Accordingly, the post-fact discovery conference previously scheduled for December 11, 2023 is hereby adjourned to February 16, 2024, at 11:00 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than one week prior to the conference, the parties shall submit a joint letter apprising the Court of the status of the action, including what efforts have been made to settle, and whether either party intends to file dispositive motions.

SO ORDERED.

Dated:    August 24, 2023
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge