


1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2023

September 27, 2023

**MEMO ENDORSED**

**VIA ECF**
Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:** ***Hakaj et. al. v. The Original Homestead Restaurant Inc., et al.***
**Civil Case No. 22-cv-00353 (RA)(BCM)**

Dear Magistrate Judge Moses,

We represent Defendants in the above-referenced action and submit this letter jointly with Plaintiffs to request an adjournment of the settlement conference currently scheduled for October 2, 2023.

On September 26, 2023, Plaintiffs issued a substantial revised demand during further settlement talks with counsel for Defendants, which have been ongoing since the conclusion of the parties' mediation sessions. In order to afford Defendants an opportunity to make any meaningful counteroffer and ensure that the upcoming settlement conference is as productive as possible, the parties thus request additional time to continue their settlement discussions prior to attending the conference.

While the parties understand that Your Honor's 'Order Scheduling Settlement Conference' (ECF Dkt. 53) requires that any request for an adjournment be made at least seven days prior to the conference, the parties are making this request now, at the specific suggestion of Your Honor's Clerk, as communicated via telephone late yesterday. Should Your Honor adjourn the settlement conference, the parties are hopeful that further progress can be made towards a resolution with such additional time.

The parties propose that the conference be held after 11:00 a.m. on either November 28 or November 30, subject to the Court's availability.





We thank Your Honor for your assistance and are hopeful your involvement will lead to a resolution in this matter.

Respectfully yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Jennifer Calamia, Esq.

cc: All counsel of record (via ECF)

Application GRANTED. The settlement conference scheduled for October 2, 2023 is ADJOURNED to **November 28, 2023**, at **2:15 p.m.** The parties shall submit updated confidential settlement letters no later than **November 21, 2023**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
September 28, 2023