```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ORHAN HAKAJ, et al.,

        Plaintiffs,

  -against-

THE ORIGINAL HOMESTEAD RESTAURANT INC., et al.,

        Defendants.

22-CV-353 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's settlement conference:

1. No later than **December 5, 2023**, defendants shall respond, through counsel, to the non-economic settlement provision proposed by plaintiffs.

2. No later than **December 12, 2023**, the parties shall submit a confidential joint letter to Judge Moses, by email, updating the Court on the status of their settlement negotiations and advising whether a further judicially-supervised session would likely be productive.

Dated: New York, New York
      November 29, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**