UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORHAN HAKAJ, et al.,

        Plaintiffs,

-against-

THE ORIGINAL HOMESTEAD
RESTAURANT INC., et al.,

        Defendants.

22-CV-353 (RA) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023
```

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential joint letter. (*See* Dkt. 69 ¶ 2.) No later than **January 12, 2024**, the parties shall advise the Court whether a further judicially-supervised session would likely be productive.

Dated: New York, New York
       December 13, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**