```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORHAN HAKAJ, et al.,

        Plaintiffs,

-against-

THE ORIGINAL HOMESTEAD RESTAURANT INC., et al.,

        Defendants.

22-CV-353 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's pre-settlement telephonic conference with counsel, Judge Moses will hold a further settlement conference on **March 5, 2024**, at **2:00 p.m.** No later than **March 1, 2024**, the parties shall submit a confidential joint letter to Judge Moses, by email, updating the Court on the status of their settlement negotiations and listing, plaintiff-by-plaintiff, the parties' offers and demands.

    The Revised Case Management Order dated December 5, 2023 (Dkt. 71) is modified as follows:

1. <u>Depositions</u>. All fact depositions shall be completed no later than **April 12, 2024**. No further extensions will be granted absent compelling circumstances.

2. <u>Additional Fact Discovery</u>. All remaining fact discovery shall be completed no later than **May 13, 2024**.

3. <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **June 12, 2024**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **July 10, 2024**. Depositions of experts shall be completed no later than **August 9, 2024**.

4. <u>Status Conference</u>. The status conference scheduled for April 17, 2024, is ADJOURNED *sine die*.

Dated: New York, New York
       January 25, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**