**EGS**
Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

February 2, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2024
```

**MEMO ENDORSED**

**VIA ECF**
Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: ***Hakaj et. al. v. The Original Homestead Restaurant Inc., et al.***
**Civil Case No. 22-cv-00353 (RA)(BCM)**

Dear Magistrate Judge Moses,

We represent Defendants in the above-referenced matter. We write to respectfully request an adjournment of the further Settlement Conference currently scheduled for March 5, 2024. The reason for this request is that the individually named Defendants each have pre-arranged travel plans and thus will not be available to attend the Settlement Conference.

Defendants have conferred with counsel for Plaintiffs and the parties propose two alternative dates, either April 9 or April 10, 2024 at 2pm, or another date thereafter which is convenient for the Court.

This Defendants' first request for an adjournment of the further Settlement Conference. We thank Your Honor for your consideration of this request and remain hopeful that your involvement will lead to a resolution in this matter.

Respectfully yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Jennifer Calamia, Esq.

---

Application GRANTED. The settlement conference scheduled for March 5, 2024 is ADJOURNED to **April 10, 2024**, at **2:15 p.m.** No later than **April 8, 2024**, the parties shall submit a confidential joint letter to Judge Moses, by email, updating the Court on the status of their settlement negotiations and listing, plaintiff-by-plaintiff, the parties' offers and demands. The deadline to complete fact depositions remains **April 12, 2024**. (Dkt. 83.) The parties should not expect that date to be extended. SO ORDERED.

Barbara Moses
United States Magistrate Judge
February 6, 2024