

1345 AVENUE OF THE AMERICAS – 15TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

May 6, 2024

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re: *Hakaj et. al. v. The Original Homestead Restaurant Inc. et al.*
**Civil Case No. 22-cv-00353 (RA)(BCM)**

Dear Judge Abrams,

We represent Defendants in the above-referenced matter. We write jointly with counsel for Plaintiffs to respectfully request an adjournment of the post-discovery conference currently scheduled for May 17, 2024.

The reason for the parties' joint request is that Magistrate Judge Moses recently granted the parties' joint request to extend the fact discovery deadline through July 19, 2024 (ECF Dkt. No. 116). Because the post-discovery conference is currently scheduled for a date prior to the close of discovery, the parties respectfully request that the conference be adjourned to a date after the July 19, 2024 fact discovery deadline.

This is the parties' first request for an adjournment of the post-discovery conference. This requested adjournment will not affect any other scheduled litigation deadlines.

Respectfully yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Nicola Ciliotta, Esq.

Application granted. The post-fact discovery conference is hereby adjourned to June 28, 2024 at 4:00 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
U.S. District Judge
May 7, 2024